**Arthur F. OLDS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 04–3119.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2004.

Before LOURIE, BRYSON, and DYK, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Drew J. GMITRO, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3072.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2004.

Before MAYER, Chief Judge, SCHALL and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.